**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02059-ZLW

RICHARD PADILLA,

      Plaintiff, named as Applicant,

v.

HOYT BRILL - Warden,
JOHN DOE, and
JANE DOE,

      Defendants, named as Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      This matter is before the Court on Plaintiff's motion for register of action and status report.  The motion is GRANTED.  An amended order and judgment of dismissal was entered in the instant action on January 31, 2007.  The clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, a copy of the docket report for the instant action.

Dated:  September 14, 2009

---